AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4-12-70823 MAG |
| Marcus Edward Michael Todd Moore | ) | |
| | ) | Charging District: New Mexico |
| *Defendant* | ) | Charging District's Case No. 12-1675 MJ |

FILED JUL 24 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>100 N. Church Street, Ste 280<br>Las Cruces, NM 88001 | Courtroom No.: |
|---|---|
| | Date and Time: 8/7/2012 8:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 24, 2012

_____
*Judge's signature*

Donna M. Ryu, United States Magistrate Judge
*Printed name and title*